**FILED**

03/18/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0163


ORIGINAL

MONTANA SUPREME COURT

Holly A. Mathis,
petitioner.

Cause No.: DA 24-0163

ORDER

FILED
MAR 18 2024
Bowen Greenwood
Clerk of Supreme Court
State of Montana

Having considered the petitioner's

___ MOTION
___ AFFIDAVIT

and good cause being found, the Court HEREBY ORDERS that the legal case of the petitioner stay sealed to protect the confidentiality of the petitioner and other parties and persons contained within the various legal documents of the petitioner.

Dated this 18 day of March, 2024.

SUPREME COURT JUDGE

cc: Holly Mathis